# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY BARDWELL, | No. 2:18-CV-0293-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On August 10, 2018, the court directed plaintiff to show cause why this action should not be dismissed for failure to notify the court regarding consent to proceed before a Magistrate Judge. A review of the docket reflects that plaintiff has now complied. The order to show cause is, therefore, discharged.

      IT IS SO ORDERED.

Dated: September 20, 2018

                                        DENNIS M. COTA
                                        UNITED STATES MAGISTRATE JUDGE