**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**TAMMY BARDWELL**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| TAMMY BARDWELL, | No.   2:18-CV-00293-DMC |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY BERRYHILL, Deputy Commissioner, of SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to December 28, 2018.

This is a first extension, though after the initial due date, based on counsel's having several other briefs due, as well as other work.

[Pleading Title] - 1

Dated:   December 18, 2018                    /s/   *Jesse S. Kaplan*
                                              JESSE S. KAPLAN
                                              Attorney for Plaintiff


                                              McGREGOR SCOTT
                                              United States Attorney
                                              DEBORAH LEE STACHEL
                                              Regional Counsel, Region IX
                                              Social Security Administration

Dated:  December 18, 2018                      */s/ per e-mail authorization*

                                              JEFFREY CHEN
                                              Special Assistant U.S. Attorney
                                              Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to December 28, 2018.

SO ORDERED.


Dated:  December 19, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE