# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY BARDWELL,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No.  2:18-CV-0293-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is plaintiff's motion (Doc. 22) for an extension of time to January 4, 2019, to file her opening brief.  Good cause appearing therefore, the motion is granted nunc pro tunc to December 28, 2018. Plaintiff's opening brief shall be deemed timely if filed on or before January 10, 2019.

IT IS SO ORDERED.

Dated:  January 3, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1