1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
        160 Spear Street, Suite 800
5       San Francisco, California 94105
6       Telephone: (415) 977-8985
        Facsimile: (415) 744-0134
7       E-Mail: Michael.Marriott@ssa.gov
8
9  Attorneys for Defendant

10              UNITED STATES DISTRICT COURT

11             EASTERN DISTRICT OF CALIFORNIA

12                  SACRAMENTO DIVISION

13
   TAMMY BARDWELL,                    )  Civil No. 2:18-cv-00293-DMC
14                                     )
15         Plaintiff,                  )  **STIPULATION AND ORDER FOR A**
                                       )  **SECOND EXTENSION OF TIME FOR**
16         v.                          )  **DEFENDANT TO FILE HER MOTION**
                                       )  **FOR SUMMARY JUDGMENT**
17 NANCY A. BERRYHILL,                 )
18 Acting Commissioner of Social Security, )
                                       )
19         Defendant.                  )
20 _____  )

21

22         IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

23 with the approval of the Court, that Defendant shall have a second extension of time of 15 days

24 to file her MSJ.  Upon review of the administrative record and Plaintiff's MSJ, the undersigned

25 respectfully requests this additional time to explore the novel issue of having potentially two ALJ

26 decisions in the relevant period, and to possibly communicate with the Appeals Council and

27 determine if voluntary remand is appropriate in this case.

28

                              1

The new due date for Defendant's MSJ will be Tuesday, March 26, 2019.

Respectfully submitted,

Date: _March 11, 2019_     By:    _/s/ Jesse S. Kaplan*_
JESSE S. KAPLAN
_* By email authorization on March 11, 2019_
Attorney for Plaintiff

Date: _March 11, 2019_           MCGREGOR W. SCOTT
United States Attorney

By:    _/s/ Michael K. Marriott_
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

Dated: March 13, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ