MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TAMMY BARDWELL | Civil No. 2:18-cv-00293-DMC |
| Plaintiff, | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

Stipulation for Voluntary Remand

1

Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to reconsider Plaintiff's disability onset date pursuant to SSR 18-1p; reevaluate her residual functional capacity; reconsider the opinion evidence; and reassess steps four and five with the assistance of a vocational expert, if necessary.

Respectfully submitted,

Date: March 26, 2019   By:  /s/ Jesse S. Kaplan*
JESSE S. KAPLAN
* By email authorization on March 26, 2019
Attorney for Plaintiff

Date: March 26, 2019   MCGREGOR W. SCOTT
United States Attorney

By:  /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

Dated: March 28, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stipulation for Voluntary Remand

2